NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**FREDDIE BUTTS, MARVIN O. JOHNSON,**
*Claimants-Appellees*

**v.**

**ROBERT WILKIE, ACTING SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellant*

---

2017-1058, 2017-1509

---

Appeals from the United States Court of Appeals for Veterans Claims in Nos. 10-1785, 14-3019, Senior Judge Lawrence B. Hagel, Chief Judge Robert N. Davis.

---

**JUDGMENT**

---

ZACHARY STOLZ, Chisholm Chisholm & Kilpatrick, Providence, RI, argued for claimant-appellee Freddie Butts. Also represented by MEGAN MARIE ELLIS, JENNA ZELLMER; BARBARA J. COOK, Cincinnati, OH.

KENNETH M. CARPENTER, Law Offices of Carpenter Chartered, Topeka, KS, argued for claimant-appellee Marvin O. Johnson.

AMANDA TANTUM, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for respondent-appellant. Also represented by CHAD A. READLER, ROBERT E. KIRSCHMAN, JR., L. MISHA PREHEIM; Y. KEN LEE, BRANDON A. JONAS, Office of General Counsel, United States Department of Veterans Affairs, Washington, DC.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (MOORE, WALLACH, and CHEN, *Circuit Judges*).

### AFFIRMED. *See* Fed. Cir. R. 36.

ENTERED BY ORDER OF THE COURT

May 7, 2018               /s/ Peter R. Marksteiner
    Date                     Peter R. Marksteiner
                             Clerk of Court